UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROYAL RIVER BOAT REPAIR, INC, | ) |
| and | ) |
| ROYAL RIVER BOATYARD, INC., | ) |
| Plaintiffs | ) |
| v. | ) Docket No.: 2:18-cv-464-GZS |
| *M/V MISS BEHAVIN'* (O.N 1149194) (ex-*TIN LIZZIE*), *her engines, boilers, tackle, appurtenances, electronics, etc.,* | ) |
| *in rem*, | ) |
| Defendant. | ) |

**ORDER OF NOTICE**

THIS ACTION being an admiralty claim within the provisions of Rule 9(h), Fed.R.Civ.P., and Rule C, Fed.R.Civ.P., Supplemental Rules for Admiralty or Maritime Claims, in the event that the *M/V Miss Behavin'* (O.N. 1149194) (ex-*M/V Tin Lizzie*), her engines, boilers, tackle, appurtenances, electronics, and equipment, *etc*., is not released within fourteen (14) days after execution of process,

1. It is hereby ORDERED that the Plaintiff cause to be published within twenty-one (21) days after execution of process in the Portland Press Herald, the Notice attached hereto as **Exhibit A** and incorporated herein.

2. It is further ORDERED that Notice of this suit be provided (1) to the master or the caretaker of the *M/V Miss Behavin'* (O.N. 1149194) (ex-*M/V Tin Lizzie*), or to the Owner, Barry Riddle; and (2) to any person, firm or corporation who has recorded a

mortgage pursuant to 46 U.S.C. §31321, or a Notice of Claim of Lien, as of November 13, 2018, by mailing by certified mail, return receipt requested, a copy of the within Notice, such mailing to be made within fourteen (14) days after execution of process.

In accordance with this Order, the Court hereby GRANTS the Motion for Designation of Public Notice (ECF No. 5).

SO ORDERED.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 13th day of November, 2018.